UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62033-CIV-DIMITROULEAS

ZACHARY BRILL, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.

LMP OW TALLAHASSEE, LLC and
LANDMARK PROPERTIES, INC,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal without Prejudice (the "Notice") [DE 26], filed herein on January 11, 2021. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 26] is hereby **APPROVED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of January, 2021.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record